UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA


JAN - 2 2013

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | Case No. | 3:12-cv-00806<br>3:12-cv-00817<br>3:12-cv-00806 |
| Plaintiff, | | |
| v. | | |
| JOHN DOE, | | |
| Defendant. | | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

DATED: December 28, 2012

Respectfully submitted,

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel
757-301-3640 Fax
timanderson@virginialawoffice.com

**SO ORDERED**

1/2/13 /s/
John A. Gibney, Jr.
United States District Judge